Petition12C – Rev. 6/18

☒ FILED ☐ LODGED
Aug 19 2026
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for
Arizona
Petition for Warrant to Revoke Probation

Name of Offender: **Jacob Lloyd Lamar Susanyatame, Jr.** Case No.: **CR-26-08056-001-PCT-SHD**

Name of Judicial Officer: **The Honorable Sharad H. Desai**
**United States District Judge**

T-SEALED

Date of Original Sentence: **7/27/2026**

Original Offense: **Count 1: Unlawful Possession of a Short-Barreled Rifle, 26 U.S.C. §§ 5861(d), 5845(a), and 5871, a Class C Felony offense**

Original Sentence: **60 months Probation**

Type of Supervision: **Probation** Date Supervision Commenced: **7/27/2026**
Date Supervision Expires: **7/26/2031**

Assistant U.S. Attorney: **Dimitra Hotis Sampson**
**602-514-7500**

Defense Attorney: **Sarah Kosnoff Erlinder**
**928-213-1942**

---

Petitioning the Court to issue a Warrant to Revoke Probation

The probation officer alleges Jacob Lloyd Lamar Susanyatame, Jr. has violated the following condition(s) of supervision:

| **Allegation** | **Nature of Noncompliance** |
|---|---|
| A | **Mandatory Condition #1** which states, You must not commit another federal, state or local crime. |

1) On August 18, 2026, Susanyatame Jr. was arrested for the following misdemeanor offense: Committig an Offense while Armed, in violation of Hualapai Tribal Law and order code 6.259. This is evidenced by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

2) On August 18, 2026, Susanyatame Jr. was arrested for the following misdemeanor offense: Arrests for Offenses Committed on Roadway (Eluding Police), in violation of Hualapai Tribal Law and order code 6.237B2. This is evidenced by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

3) On August 18, 2026, Susanyatame Jr. was arrested for the following misdemeanor offense: Weapons Offense, in violation of Hualapai Tribal Law and order code 6.258. This is evidence by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

4) On August 18, 2026, Susanyatame Jr. was driving a motor vehicle without a valid driver's license. This is evidence by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

B **Standard Condition #10** which states, You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

1) On August 18, 2026, Susanyatame Jr. was in possession of a Ruger Luger RXM 9MM Pistol. This is evidence by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

2) On August 18, 2026, Susanyatame Jr. was in possession of 50 rounds of 9MM ammo. This is evidence by Hualapai Nation Police Department Report for 260818-21 and officer testimony. Grade C violation §7B1.1(a)(3).

**U.S. Probation Officer Recommendation and Justification**

Jacob Lloyd Lamar Susanyatame, Jr. has violated the trust of the Court. A warrant is recommended to initiate revocation proceedings as Jacob Lloyd Lamar Susanyatame, Jr. is in the custody of another authority, awaiting disposition on separate charges and he will likely not appear on a summons.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| Ashley Alabado<br>U.S. Probation Officer<br>Office: 928-286-5758<br>Cell: 928-233-5712 | 8/19/2026<br>Date |
| Leslie Q. Cooper<br>Supervisory U.S. Probation Officer<br>Office: 928-286-5757<br>Cell: 928-225-5163 | 8/19/2026<br>Date |

The Court Orders

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

| | |
|---|---|
| The Honorable Sharad H. Desai<br>United States District Judge | August 19, 2026<br>Date |

cc: Prob